# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HELIX MICROINNOVATIONS, LLC,** § § | |
| *Plaintiff,* § § | |
| **v.** § § | Case No. 2:24-CV-00631-JRG |
| **MICRO-HYBRID ELECTRONIC GMBH** § § § § § | |
| *Defendant.* § | |

## ORDER

Before the Court is Defendant Micro-Hybrid Electronic GmbH's Motion to Dismiss under Fed. R. Civ. P. 12(b)(5). After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.